# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| HEATHER TREULIEB | § |
| | § Civil Action No. 4:18-CV-746 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Heather Treulieb's Application for Attorney Fees under the Equal Access to Justice Act (Dkt. #21) and the Commissioner's Response (Dkt. #22) wherein the Commissioner does not object to the requested fee and costs, finds that Plaintiff's Application is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Application (Dkt. #21) is **GRANTED**, and the Commissioner is directed to pay six thousand three hundred thirty-nine dollars and ninety-eight cents ($6,339.98) in attorney fees, plus court costs of four hundred dollars ($400.00), for a total award of six thousand seven hundred thirty-nine dollars and ninety-eight cents ($6,739.98). Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

SIGNED this 1st day of June, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE